## KELLY, et al. v. TEXAS STATE BANK & TRUST CO. (No. 7086.)

(Court of Civil Appeals of Texas. San Antonio. Jan. 23, 1924.)

**1. Appeal and error ⇐907(3)—Assumed on appeal that facts essential to judgment were proven by competent evidence.**

Where trial court filed no specific findings of fact or conclusions of law and no statement of facts was filed on appeal, it will be assumed that every fact essential to judgment was proved by competent evidence.

**2. Appeal and error ⇐907(3)—Questions of fact dependent on sufficiency of evidence resolved for appellee.**

Where trial court filed no specific findings of fact or conclusions of law and no statement of fact has been filed on appeal, and where questions raised by appellant are dependent on effect or sufficiency of evidence, such questions will be resolved in appellee's favor.

Appeal from District Court, Bexar County; S. G. Tayloe, Judge.

Action by the Texas State Bank & Trust Company against J. C. Kelly and another.

Judgment for plaintiff, and defendants appeal. Affirmed.

Hertzberg, Kercheville & Thomson, of San Antonio, for appellants.

Saunders & Whipple and J. D. Dodson, all of San Antonio, for appellee.

SMITH, J. J. C. Kelly and C. R. Lowrie were partners. They had some differences, which by their agreement were submitted to a board of arbitrators for settlement. Under the terms of the award of the arbitrators the respective liabilities of the partners were fixed as to certain obligations held by appellee bank, which brought suit thereon. Upon the trial Lowrie attacked and sought to set aside the award, to defeat his liability thereunder, and to recover certain collateral held by the bank. From an adverse judgment he brings this appeal.

[1,2] The cause was tried by the court without a jury, but the court did not file any specific findings of fact or conclusions of law, and no statement of facts has been filed herein. This being true, it will be assumed that every fact essential to the judgment was proven by competent evidence in the court below, and as all the questions raised by appellant are dependent upon the effect or sufficiency of the evidence, those questions will be resolved in favor of appellee.

We have examined the pleadings, which appear to warrant the judgment rendered; and, there being nothing else before this court, the judgment will be affirmed.